**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

JUSTIN BRADSHAW, and GUSTAVO LOPEZ, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

LOWE'S COMPANIES, INC., a North Carolina corporation, and LOWES HOME CENTERS, LLC, a North Carolina limited liability company,

Defendants.

Case No.: 25cv0742 DMS (MMP)

**ORDER RE: ORAL ARGUMENT**

Defendants' motion to dismiss is currently scheduled for hearing on July 18, 2025. The Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the July 18, 2025 hearing is vacated.

**IT IS SO ORDERED**.

Dated: July 14, 2025

Hon. Dana M. Sabraw
United States District Judge