Bethany G. Lukitsch, Bar No. 314376
blukitsch@bakerlaw.com
Andrew C. Burnquist, Bar No. 359076
aburnquist@bakerlaw.com
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, California 90067-4301
Telephone: 310.820.8800
Facsimile: 310.820.8859

Michael A. Kushner, Bar No. 335840
mkushner@bakerlaw.com
**BAKER & HOSTETLER LLP**
600 Anton Blvd, Suite 900
Costa Mesa, California 92626-7221
Telephone: 714.754.6600
Facsimile: 714.754.6611

*Attorneys for Defendants,*
LOWE'S COMPANIES, INC. and
LOWE'S HOME CENTERS, LLC

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

JUSTIN BRADSHAW, and GUSTAVO LOPEZ, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

LOWE'S COMPANIES, INC., a North Carolina corporation, and LOWE'S HOME CENTERS, LLC, a North Carolina limited liability company,

Defendants.

Case No.: 3:25-cv-00742-DMS-MMP

[*Assigned to the Hon. Dana M. Sabraw*]

**DEFENDANTS LOWE'S COMPANIES, INC., AND LOWE'S HOME CENTERS, LLC'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT VIOLATION OF CALIFORNIA INVASION OF PRIVACY ACT**

*[Hearing vacated per Dkt. No. 22]*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**TO THE HONORABLE COURT, AND TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Lowe's Companies, Inc., and Lowe's Home Centers, LLC hereby submit the following supplemental authority in support of its Motion to Dismiss Plaintiffs' Class Action Complaint Violation of California Invasion Of Privacy Act filed on May 2, 2025 [Dkt. No. 16]:

- An order from the United States District Court for the Southern District of California in *Rodriguez v. Culligan Int'l Co.,* No. 25-cv-00225-AJB-KSC, 2025 WL 3064113 (S.D. Cal. Nov. 3, 2025) (Battaglia, J.), attached hereto as **Exhibit 1**;

- An order from the United States District Court for the Eastern District of California in *Wooten et al. v. Biolife Plasma Servs. et al.*, No. 1:25-cv-00099-KES-SKO, 2025 WL 2979619 (E.D. Cal. Oct. 22, 2025), attached hereto as **Exhibit 2**.

DATED: November 11, 2025

**BAKER & HOSTETLER LLP**

By: */s/ Bethany G. Lukitsch*
Bethany G. Lukitsch
Michael A. Kushner
Andrew C. Burnquist

*Attorneys for Defendants*
LOWE'S COMPANIES, INC. and
LOWE'S HOME CENTERS, LLC