BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN BRADSHAW and GUSTAVO LOPEZ, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC, a North Carolina limited liability company,<br><br>Defendant. | Case No.: 3:25-cv-00742-DMS-MMP<br><br>Hon. Dana M. Sabraw<br><br>**ORDER GRANTING SECOND UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>[Filed Concurrently with Second Unopposed Motion]<br><br>SAC Filed: November 19, 2025<br>Current Response Date: December 30, 2025<br>New Response Date: January 13, 2026 |

ORDER GRANTING SECOND UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT
CASE NO.: 3:25-CV-00742-DMS-MMP

024921.000053\4904-6613-0565.1

The Court, having read and considered Defendant Lowe's Home Centers, LLC's ("Lowe's") Second Unopposed Motion seeking an order from the Court extending Lowe's' deadline to respond to the second amended complaint ("SAC") by fourteen (14) days, from December 30, 2025 to January 13, 2026 ("Motion"), and finding good cause therefor, **HEREBY ORDERS** that:

1. The Motion is **GRANTED**; and
2. Lowe's shall file its responsive pleading on or before January 13, 2026.

**IT IS SO ORDERED.**

Dated: December 29, 2025

Hon. Dana M. Sabraw
United States District Judge